UNITED STATES DISTRICT COURT 1 of 10 Lp-1

DISTRICT OF NEW HAMPSHIRE

GEORGE ALLICON
PLAINTIFF PRO SE

V

VERIZON CELLULAR and PARTIES

CIVIL ACTION NO.

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2011 JAN -5 A 11: 49

FCRA VIOLATIONS (Fair Credit reporting violations)

(a) ETF early Termination Fee)

WHITE v CEllco (illegal Fee). PG1 1C exh. 1, 2.

(B) illegal Placement of NON-regulated charge, on regulated bill, Twice. PG1 1(D)1(E)PG 2 2(D) exh 3, 4, 5.

(c) Bill Although Paid Twice was Paid ON Time we, Puc and I could not locate until Later. PG 2A, 2A(C) exh.3A. Note Date At 3A then date at 3A. Bill was Paid the Previous Month.

(d) After the PUC monitored (B) it returned See exh. 4. which replaces 3A. same erroneous Paid bill. violate At (B)(C) again WRONG Place Amt. Paid exh. 3A

(e) P.U.C. help in monitoring extra payments to remove Previously Paid bill exh. 3(B), 3(A), 5, Puc. see PG 2(2B)(2D)

(F) ALAMEDA County Superior Court Notice of settlement exh 6 (illegal Fee) exh 7A Payment. Notified TRANS-UNION OF Above They refused to change $140 DEBT although ruled AN illegal Fee exh. 8 PG3 3(B) §623 (B)(2)(B]. Two violations Notification Chester, PA, SACRAMENTO, CA. Both refused To correct.

George Allicon

a 1 violation

(b) wrong place 1 viol Twice exh 3, 4
(c) Paid it twice wasn't owed 4 violations
(d)

(F) refused to Amend Judges ruling 2 violations

Total 7 violations

over -

FCRA VIOLATION LISTING (CONT.)

(G) FAIR POINT ASSUMED VERIZON'S LINES AND CALL PLANS THROUGH 7/1/2010 WHEN THE P.U.C. MET. THERE MAY HAVE BEEN CHANGE, BUT PREVIOUS TO THAT DATE, FAIRPOINT GUARANTEED THE NASHUA, NH TO LOWELL, MA. CALLING PLAN. 7 TOWNS EACH SIDE. FAIRPOINT COULD NOT GET INTO MASS. BUT THEY CHARGED ME FOR THE MENTIONED PLAN WITHOUT SUPPLYING THE PLAN.

VIOLATION 1

TOTAL OF 8 VIOLATIONS

RESPECTFULLY SUBMITTED

GEORGE ALLICON Pro-se
George Allicon
30 CHESTNUT ST. /11
NASHUA, NH. 03060

# Forward

To The Honorable Court,

Paragraph 1(a) The Following is a List of Violations Pertaining To To Fair Credit Reporting Act (FCRA) Violations. The Court will recognize the extreme difficulties which occur Through The dissemination and The convolution which is inherrent as The acts propound themselves. Meaning The computers only spew information There Fed. To stop a computer You must enter a Lie To it. That said I intend To Tell You a simple story which

Paragraph 1(B) I'm Positive The Court will Find extremely interesting There are A house Phone and cell Phone, both Verizon. I asked the cell Phone be removed There was a huge spike and I had an Limited Long distance house Phone. I increased The home Phone To unlimited Long distance. The bill marked exhibit one is the First bill immediately Following The removal of The Cell Phone which was Paid

Paragraph 1(c) in Full other Then a billing overlap of 15.00. A termination charge of 175.00 was attached. I sent 50.00 To Pay The 15.00 of usage Fees overlapping which was The cell Phone Final other Then The Termination Fee (ETF). 35.00 came off The Fee. Exhibit 2 shows The 140.07 which is The Now infamous Early Termination Fee (ETF) which I will explain The infamy as it unfolds. The Court will Kindly note The cell Phone Number 508-0116

Paragraph 1(D) while The home number is 594-3155. Exhibit 3 is The home Phone, both sides. The Court will Kindly note the Non-regulated charge of 138.81 on a regulated carriers bill. The Court will Please take note That only a 700 or 900 Number and certain internet charges ever be allowed as an nonregulated carrier on a regulated carriers bill. I Knew The 138.81 did not belong there. Cover Listing of Violations 2(B). I could solve this now Sirs but I am unfolding there violations as they occurred and have not Figured Them out For a while as of Yet. Note The 138.81 Appears on a bill dated

Paragraph 1(e) 11/28 - 12/27 06. Note Cover Listing 3(c). over PG 2

G.a.

12/14/10

Paragraph 2(a) The Honorable will note at this point I went to my bank in Milford on company business. I sought a loan and at the time was operating with a cash front of 15,000. I was notified that I was under collection from Verizon. This happened before I even had notice of the ETF (Termination Fee). I received a smaller amount then anticipated nevertheless I became extremely suspicious as to Verizons insistance on the immediate and entire demand for the ETF. I felt the Judiciary only, had the authority to fine anyone. I contacted the PUC (Public

Paragraph 2 (B) Utility Commission) and asked for there help [exhibits 3 3A 3B] in discerning what a 138.81 bill, which as a non regulated carriers bill was doing on a regulated carriers bill. I felt it was the cell phone but they informed me they have no authority over a cell phone. Although correct this is incorrect as it is a FCRA violation to deliberately place a cell phone bill on a regulated carries bill especially a cell phone which is never allowed. The Puc didn't catch

Paragraph 2(c) it and at this point I was only highly suspicious. I requested the P.U.C monitor extra payments I would make on my house phone bill to get the 138.81 off the home phone bill, they agreed to monitor and after 8 months of payments the bill should have been removed as it was paid. Jan Quint was the agent assigned by

Paragraph 2(D) The P.U.C to monitor the extra payments. The headaches continued as after all the afore-mentioned instead of the 138.81 being paid a bill of 222.02 appeared note exhibit 4. The Puc was totally confused and bowed out of the situation. I told Jan Quint I would find it and Exhibit **4** and 5 explain what I found.

Paragraph 2(e) Allicon vs Verizon monitored through PUC.

over PG 3

GA

FORWARD PG 2A

12/14/10

Paragraph 2A(a) THE HONORABLE COURT WILL NOW REALIZE The debth AND The incomprehensibility that ensues by The egregious inaccuracies. The Last Paragraph at PG. 2(a) asserts To The PUC I would Find

Paragraph 2A(B) it, Sir You won't believe this. I went Looking Through My records And was Astonished when I Located the 138.81. I AM Attaching exhibit 3A.

Paragraph 2A(c) The insidiousness is disconcerting. The 138.81 was the Last cell Phone Bill Paid in Full on 11/7/06 3 weeks before They PLaced it on the regulated Carriers bill as the Non-Regulated Carriers charge. The culprit of the confusion was Found. Wherefore it was Paid. Timely. Exh 3A

1. I Paid it Twice Addlicon vs Verizon
2. They Knew I Paid 3 weeks Previous this becomes an Administrative violation and increases to 2,000 each;
3. They placed it on the regulated carriers bill. §1631 623
4. They billed me For an ETF After Knowing They were deliberately and Punitively Pursuing These egregious violations Exhibit 3 shows The billing For 11/28. (138.81)
5. Exhibit 1 Shows A 12/6 billdate For The ETF 1 month after the Erroneous billing.

At PG 3 it continues with Further Violations

Ga

THE HONORABLE court will Kindly Continue To remember This is CONTINUALLY unfolding. Page one commenced 11/06 And Page 2

Paragraph 3(a) runs through 7/08 #exh. 5.

THe Time constraints For Filing under 15 U.S.C § et. Seq. allow a 2-5 year Time Limit. This Petitioner has tied in the CONTINUING violations From 11/06 Through 7/10 whereas The Plan and Lines were Taken over by another carrier after the State "had it" with Verizon and continued with other violations I seek The Courts accordance whereas I will tie The new carriers violations within the Acts Time §618(2)

Paragraph 3(B) restraints. Now to continue,

A Notification of a Superior Court Class Action settlement §623 From ALAMEDA County pertaining To The ETF (early Term-(B)(2)(B) ination Fee) was settled. White v Cellco d/b/a Verizon Wireless Claims Administrator c/o Gilardi & Co. LLC P.O Box 808054 Petaluma, CA 94975-8054, Generally The ETF was illegal See violation 1(A) and exhibit 6 also qualification of the settlements dispersal at Claim # VRZN-4013690-6 Allowed this Petitioner See exhibit 7. To refresh the intent of this exercise

Paragraph 3(c) The 140.00 illegal ETF Froze my credit Line and all monies subsequently owed is the direct result of the illegal debt. I will sum up at conclusion, but The violations continue Further, the aforementioned The ending Paragraph at PG 2(c) continues. This Petitioner went to Worcester Verizon and managed to arrive in a secure Area. that said The supervisor recognizing This Petitioner as a customer asked what I needed. I explained The billing was continuing at a rate in which The State PUC was rolling there heads this was unacceptable and my demands They address The situation. They erred and I was given an address Note exhibit 7 And exhibit 4 This billing

Paragraph 3(D) ceased. I realize The HONORABLE Court may Find The address creative nonetheless it was effective. The educated Guess would be The computer room. Paragraph 3 PG 3(B) A Notification etc., From This point upon notification I sent a copy To TRANS Union credit reporting which is carrying The 140.00 ETF illegal Fee as a Legitimate debt. I notified Them in SACRAMENTO which is 80 miles From ALAMEDA AND TRANS UNION in CHESTER, PA notifying them of the Judges Ruling. Note # exh. 6 exh 7. They refused to remove The illegal debt. The refusal to accept the ruling of the Judges illegal Fee see exhibit 8. Verizon Cellular was removed in N.H.,

Paragraph 3(e) AND Fair Point Communications took The Lines and Calling Plans. This Petitioner ordered The NASHUA, NH To Lowell, MA Calling PLAN. Note exhibit 9. the company, FairPoint Could Not meet There obligation To Provide The Plan. I told them to remove The Phone after paying 3 months. They did not, supplying a Limited Local. I refused To Pay For a plan I didn't order. They have since removed the Phone. They are in Chapter 11, This is also 3(e). a violation and ties all in Through July 2010 when The PUC met.

over

G.a

CONCLUSION

The HONORABLE WILL KINDLY recognize The intent was deLiberate and demeaning To Not ONLY The customer but To Those entities established To Quash These Clandestine FCRA violations. Furthermore the intent to count ON oversite due budgetary and economic distress which induces cutbacks in oversite regulators is a Perpetration caused by Administration. The bill was Paid, Twice and then the assertion that twice the amount was owed after the second PayOFF was monitored through the Publicutility Commission discerns an ambiguity to circumlocute rules.

I would Pray the HONORABLE Court To agree to the Punitive Liability Not only of the allowable violations and Furthermore Losses suffered by refusing To concur with the ALAMEDA Court ruling. The Petitioner could not borrow on the Following years upfront Permits. I Am a Common CARRIER and was Forced as the bookkeeper to sell at SALVAGE A Loss of estimated VALUE OF TRUCK 9,000 and Trailer 2,500. Five Administrative violations at 2,000 each. Three at 1,000 each and 100 hours of Preperation and research 3500. I would be Pleased with any award but a ballPark of 28,000, might be considered, iF

over

12/14/10 Conclusion

The Honorable Court would Provide a Lawyer From The Lobby To bring Case.

The Court would Please note that a minimum of 15,000 would be necessary To buy an old truck, insure it and register, To come back upon The FHWA register.

I would sincerly thank The Feds. For supplying me the FCRA info. and The statutes mentioned in The complaints which were derived From the Act.

The Petitioner is aware of The heavy case load at the U.S. District Jurisdiction and would apologise For The Presentation and explanations. I Felt this had to be unraveled as the complexity is innate in The simplicity of The violations.

A Further attack upon our system of Fairness, And a Punitive assault against The ability To recognize The Treachery involved.

Please Locate exhibit.
#9. PG 2 2a
(money I needed to cont.)
Also Exh 7. where exh 4. was "erased" (computer) Room ?

Thank you.

Sincerely yours.
George Allicon

GEORGE ALLICON
(cowboy GEORGE)
30 CHESTNUT ST. / 11
NASHUA, NH 03060.

10-fp-07

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

**DEFENDANTS** Verizon Cell, 20 Alexander Drive

U.S. DISTRICT COURT DISTRICT OF N.H. FILED 2011 JAN -5 A 11: 8

(b) County of Residence of First Listed Plaintiff Hillsboro
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant WALLINGFORD, CT. 06492
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro-Se

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ■ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ■ 2 | Incorporated *and* Principal Place of Business In Another State | ■ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
■ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): FCRA 15 USC, § 1681 et Seq.

Brief description of cause: Numerous Violations of FAIR Credit Reporting Act F.C.R.A

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions). JUDGE DOCKET NUMBER

DATE 12/19/10 SIGNATURE OF ATTORNEY OF RECORD PRO, SE.

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

GEORGE ALLICON
PLAINTIFF Pro-se

v

VERIZON CELLULAR and Parties
TRANS-UNION
FAIRPOINT COMM.

CIVIL ACTION NO.

COVER COPY TO CLERK

Dear Sir/Madam, MR STARR

Please Find For Filing in The above related matter.

(1) Civil Cover sheet
(2) Civil Category Sheet
(3) COMPLAINT List with FCRA violations. FORWARD.
(4) Motion To Proceed In Forma Pauperis.
(5) Motion To Appoint Counsel
(6) Motion To Delay Service To Parties
(7) Exhibits
(8) Certificate of Service.

Certificate of Service

I hereby certify that a True copy of The above was mailed To The Parties of record on Dec. 19, 2010 by First Class mail Postage Prepaid

Clerk, United States District Court
55 Pleasant St.
CONCORD, NH

Respectfully Submitted
George Allicon
GEORGE ALLICON Pro-Se
30 CHESTNUT ST. / 11
NASHUA, NH 03060