UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>George Allicon</u>

      v.                            Case No. 1:11-fp-7

<u>Verizon Cellular, et al</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibit No. 9 attached to doc. no. [1] Plaintiff's Complaint, which was filed with the court on January 5, 2011 in the above-captioned case, contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in Exhibit No. 9 .  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibit No. 9 , the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                            <u>/s/ Landya B. McCafferty</u>
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date:  January 6, 2011

cc:     George Allicon, pro se