UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>George Allicon</u>

       v.                                          Civil No. 11-cv-7-SM

<u>Verizon Wireless, et al</u>


<u>O R D E R</u>

I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated June 9, 2011, no objection having been filed, for the reasons set forth therein.

      SO ORDERED.


June 30, 2011                                                _____
                                                          Steven J. McAuliffe
                                                          Chief United States District Judge


cc:    George Allicon, pro se
       Stefan A. Kirk, Esq.
       William R. Brown, Esq.
       Martha Van Oot, Esq.