```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

George Allicon

    v.                    Case No. 11-cv-007-DL

Verizon Cellular

ORDER

Re: Document No. 28, RESPONSE re [27] REPORT AND RECOMMENDATIONS

Ruling: After review of plaintiff's response (doc. no. 28) to the court's January 18, 2012, report and recommendation (doc. no. 27), the court finds that, to the extent it is intended as an addendum to plaintiff's request for damages, nothing in that filing warrants any change in the court's recommendation to the District Judge. To the extent the filing is an objection to the court's report and recommendation, it is appropriately considered by the District Judge

Date:  February 6, 2012          /s/ Landya B. McCafferty
                                              Landya B. McCafferty
                                              US Magistrate Judge

cc:  Geroge Allicon, pro se