UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>George Allicon</u>

      v.         Case No. 11-cv-007-SM

<u>Verizon Cellular</u>

O R D E R

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 18, 2012, for the reasons set forth therein.

  Plaintiff's Motion for Default Judgment (doc. no. 24) is granted, and damages are awarded to the plaintiff in the amount of $1,000.00. Plaintiff's motion for summary judgment (doc. no. 20) is rendered moot.

  SO ORDERED.


February 8, 2012        /s/ Steven J. McAuliffe
               Steven J. McAuliffe
               United States District Judge


cc: George Allicon, pro se